IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES COURTHOUSE
N.W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA

STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE DAVID L. RUSSELL

# IN ROOM 3423

### TUESDAY, FEBRUARY 7, 2017

NOTICE TO ALL COUNSEL:  The Joint Status/Scheduling Report and Discovery Plan (one document) to be filed no later than **Monday, January 30, 2017**.  For good cause shown, out of town counsel may appear by telephone with prior permission from the Court by calling Janet Wright, Courtroom Deputy for Judge Russell at 405/609-5102 and no objection from opposing counsel.

9:00 a.m.
CIV-14-886-R             Danijela Mojsilovic, et al.,                          George Freeman
                                                                               Sarah Clutts
                         Vs.

                         State of Oklahoma ex rel. The Board of
                         Regents For The University of Oklahoma,
                         Et al.,                                               Jason Boulette
                                                                               Joshua Solberg
                                                                               Spencer Smith
                                                                               Steven Garrett
                                                                               Heidi Long
                                                                               James Warner
                                                                               Stephen Johnson


9:15 a.m.
CIV-16-883-R             Gorgis Ori                                            David Proctor

                         Vs.

                         Western Express, Inc., et al.,                        David Senger
                                                                               Robert Coffey
                                                                               Stephen McClellan

| Time | Case | Plaintiff | | Plaintiff Counsel |
|---|---|---|---|---|
| 9:30 a.m. | CIV-16-911-R | Julie Frey | | Chantel James<br>Michael Felty<br>Richard Healy |
| | | Vs. | | |
| | | Companion Life Insurance Co | | Andrew Morris<br>Bradley Donnell |
| 9:45 a.m. | CIV-16-1134 | Corey Merritt | | Chris Hammons |
| | | Vs. | | |
| | | Brainerd Chemical Company, Inc., | | Christopher Thrutchley |
| 10:00 a.m. | CIV-16-1213-R | J Corman Family Limited Partnership #4 | | Vickie Cook |
| | | Vs. | | |
| | | Devon Energy Production Co LP | | Laura Long<br>Timothy Bomhoff |
| 10:15 a.m. | CIV-16-1266-R | Brian Shotts | | Clifton Naifeh |
| | | Vs. | | |
| | | GEICO General Insurance Company | | Erin Rooney |
| 10:30 a.m. | CIV-16-1270-R | CRB Resources, Inc., | | Nathaniel Mattison |
| | | Vs. | | |
| | | Newfield Exploration Mid-Continent, Inc., | | Mark Christiansen |

| | | | |
|---|---|---|---|
| <u>10:45 a.m.</u><br>CIV-16-1202-R | Amelia Molitor | | Ben Baker<br>Robert Bohn<br>David Smith |
| | Vs. | | |
| | Joe Mixon | | Cullen Sweeney<br>J Blake Johnson<br>J Leah Castella<br>Mark Grossman |
| <u>11:00 a.m.</u><br>CIV-16-1330-R | Tommy Whitlow | | Michael Josephson<br>Andrew Dunlap<br>James Jones<br>Lindsay Itkin<br>Matthew Parmet |
| | Vs. | | |
| | Crescent Consutling LLC | | J Dillon Curran<br>Jared Giddens |