UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TOMMY WHITLOW, On Behalf of Himself and All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | CASE NO. CIV-16-1330-R |
| v. | § § | |
| CRESCENT CONSULTING, L.L.C.; | § § | |
| Defendant. | § | |

# ORDER

On March 21, 2017 the Court considered Defendant Crescent Consulting LLC's Opposed Motion for Extension of Time [ECF No. 31] and Plaintiffs' Motion for Protective Order Regarding Representative Discovery [ECF No. 35]. Plaintiffs appeared by telephone through their counsel Matthew S. Parmet of the law firm Bruckner Burch, PLLC. Defendant Crescent Consulting, LLC appeared telephonically through its counsel J. Dillon Curran of the law firm Conner and Winters, LLP. Having read the parties' respective briefs and considered the arguments of counsel, the Court hereby finds that Defendant Crescent Consulting LLC's Opposed Motion for Extension of Time should be GRANTED in part and DENIED in part and that Defendant Plaintiffs' Motion for, and Brief in Support of, Protective Order Regarding Representative Discovery should be DENIED.

IT IS THEREFORE ORDERED AS FOLLOWS:

A. Plaintiffs' Motion for Protective Order Regarding Representative Discovery is DENIED.

B. Defendant Crescent Consulting LLC's Opposed Motion for Extension of Time is GRANTED in part and DENIED in part, as set forth in paragraphs C through D below.

C. Crescent Consulting, LLC's deadline to file its response to Plaintiffs' Motion for Conditional Certification [ECF No. 30] is extended by 60 days from March 15, 2017 to May 15, 2017. This extension of time is granted for the purpose of providing Crescent Consulting, LLC adequate time to obtain responses to requests for admission and interrogatories and production of requested documents from each of the three current Plaintiffs (Whitlow, Segrest and Adams) and to depose each of them before preparing its response. This Order should not be construed to limit Plaintiffs' rights to seek discovery.

D. The statutes of limitations applicable to possible claims against Crescent Consulting, LLC by putative class members[1] in this lawsuit are tolled from March 15, 2017, through the date Crescent Consulting, LLC files with the Court its response to Plaintiffs' Motion for Conditional Certification, but shall resume accruing thereafter.

---

[1] *See* Plaintiff's Original Complaint [ECF No. 1], at ¶ 7; Plaintiff's Motion for Conditional Certification [ECF No. 30], at 13-14.

IT IS SO ORDERED this 28th day of March, 2017.

*[Signature: David L. Russell]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

By: /s/ Matthew S. Parmet
     Richard J. (Rex) Burch
     Texas Bar No. 24001807
     James A. Jones
     Texas Bar No. 10908300
     Matthew S. Parmet
     Texas Bar No. 24069719
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone:   (713) 877-8788
Telecopier:   (713) 877-8065
rburch@brucknerburch.com
jjones@brucknerburch.com
mparmet@brucknerburch.com

Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
**FIBICH, LEEBRON, COPELAND,**
    **BRIGGS & JOSEPHSON**
1150 Bissonnet
Houston, Texas 77005
Telephone:   (713) 751-0025
Telecopier:   (713) 751-0030
mjosephson@fibichlaw.com
adunlap@fibichlaw.com

**ATTORNEYS FOR PLAINTIFF**

APPROVED AS TO FORM:

/s/ J.Dillon Curran
Jared D. Giddens, OBA No. 3355
J. Dillon Curran, OBA No. 19442

Of the Firm:
CONNER & WINTERS, LLP
1700 One Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma 73102
Telephone:    (405) 272-5711
Telecopier:   (405) 232-2695
jgiddens@cwlaw.com
dcurran@cwlaw.com

**ATTORNEYS FOR CRESCENT CONSULTING, LLC**